**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON EDUARDO TORRES-GAVARRETE,<br>aka "Jason Torres,"<br><br>Defendant. | Case No. 2:26-mj-00397-MDC<br><br>**Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on the 15 day of June, 2026 at the hour of _4_ p.m., be vacated and continued to June 26, 2026 at the hour of _9 a.m._ .

DATED this 10th day of June, 2026.

_____

HON. MAXIMILIANO D. COUVILLIER, III.
UNITED STATES MAGISTRATE JUDGE

1