**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON EDUARDO TORRES-GAVARRETE,<br>aka "Jason Torres,"<br><br>Defendant. | Case No. 2:26-mj-000397-MDC<br><br>**Order Directing Probation to Prepare a Criminal History Report** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 10th day of June, 2026.

_____
HON. MAXIMILIANO D. COUVILLIER, III.
UNITED STATES MAGISTRATE JUDGE

1